# FOR THE UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF VIRGINIA
### ROANOKE DIVISION

**UNITED STATES OF AMERICA**

CASE NO.:  7:21-MJ-00005

v.

DATE:  1/13/2021

**Thomas Robertson**
**Jacob Fracker**

TYPE OF HEARING: IA

*****************************************************************************

**PARTIES:**

| | | | |
|---|---|---|---|
| 1. | **Robert S. Ballou** | 6. | Lollie Burns, USPO |
| 2. | Dan Bubar, AUSA | 7. | Andrew Ridgway, USPO |
| 3. | Randy Cargill, FPD | 8. | |
| 4. | Thomas Robertson, deft | 9. | |
| 5. | Jacob Fracker, deft | 10. | |

*****************************************************************************

**Recorded by:  K. Brown**                                    Time in Court:  33 min

| INDEX NO. | SPKR. | INDEX NO. | SPKR. | INDEX NO. | SPKR. | INDEX NO. | SPKR. | INDEX NO. | SPKR. |
|---|---|---|---|---|---|---|---|---|---|
| 4:49 | 1 | | 1 | | 3 | 5:14 | 1 | | |
| | 4 | | 5 | 5:02 | 1 | | 2 | | |
| | 1 | 4:55 | 1 | | 4 | | 3 | | |
| | 5 | | 2 | 5:03 | 1 | 5:20 | 1 | | |
| 4:52 | 1 | 4:58 | 1 | | 2 | | 3 | | |
| | 5 | | 4 | | 1 | | 1 | | |
| | 4 | | 5 | | 4 | | 2 | | |
| | 1 | 4:58 | 1 | | 5 | | 3 | | |
| | 3 | | 2 | 5:08 | 1 | 5:22 | 1 | | |
| | 1 | 4:58 | 1 | | 2 | | | | |
| | 5 | | 3 | 5:11 | 1 | | | | |
| | 4 | | 1 | 5:12 | 3 | | | | |
| 4:54 | 1 | | 5 | | 1 | | | | |
| | 4 | | 1 | 5:14 | 4 | | | | |